## OFFICE OF THE FEDERAL PUBLIC DEFENDER
### DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER



**Hand-Delivery Via Inter-Office Mail**

April 4, 2008

**Crack Amendment - Motion for Extension of Time**

Honorable William M. Nickerson
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Chambers 3C
Baltimore, Maryland 21201

    Re:    Case No: WMN-90-454

          *United States v. Norman Brown*
          *United States v. Melvin Ford*
          *United States v. Jeffrey A. Reid*
          *United States v. Michael S. Smith*
          *United States v. Walter Smith*
          <u>*United States v. Paul Winestock, Jr.*</u>

Dear Judge Nickerson:

       I am writing to request an additional extension of time to research the question of whether the above-named defendants might be eligible for a sentence reduction under 18 U.S.C. § 3582. On March 11, 2008, I wrote the Court requesting permission to brief, for all of the above-named defendants, the question of whether a defendant who was sentenced based upon more than 4.5 kilograms of cocaine base might be eligible for a reduction under a retroactive application of the new crack amendments. On March 19th, this Court entered a scheduling order in the case of *United States v. Norman Brown*, Criminal Action No. WMN-90-0454, which directed the filing of the parties' briefs. The order did not reference the remaining defendants.

       Upon further review of the issue, it appears that the arguments are far more case specific

The Honorable William M. Nickerson
April 4, 2008
Page 2

than originally believed. Moreover, my Office has not yet received amended calculations or presentence reports from U. S. Probation on several of the defendants including Paul Winestock, Michael Smith, Jeffrey Reid, and Melvin Ford. Hence, we are not yet fully prepared to brief the question.

I would note that Mr. Brown's case is in a unique posture. Mr. Brown received a mandatory life sentence under 21 U.S.C. § 841 because he had two prior convictions for drug trafficking. I understand that pending before your Honor is Mr. Brown's pro se litigation about whether the government provided him with sufficient notice to trigger the mandatory minimum. Unless Mr. Brown prevails on that claim - a matter in which my Office does not represent him - the question of his eligibility for a reduction under 18 U.S.C. § 3582 will be moot.

Enclosed is a proposed order that appoints my Office to represent Melvin Ford, Jeffrey Reid, Michael Smith, Walter Smith, and Paul Winestock on the question of their eligibility for a sentence reduction. It also requires that any brief on the issue of their eligibility shall be filed within thirty days of receipt from U.S. Probation of the amended calculations and presentence reports for Paul Winestock, Michael Smith, Jeffrey Reid, and Melvin Ford.

Thank you for your attention to this matter.

Very truly yours,

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw

Enclosure

cc:   All defendants
      Barbara Sale, AUSA, Chief Criminal Division
      Barbara Skalla, AUSA
      Estelle Santana, USPO, Senior Deputy
      Court file
      Paresh Patel, FPD Staff Attorney
      Sapna Mirchandani, FPD Staff Attorney