==================================================================

# UNITED STATES DISTRICT COURT
## ------------------DISTRICT OF MARYLAND------------------

UNITED STATES OF AMERICA     *

v.     *    Case No.:   WMN-90-0454

MELVIN A. FORD     *

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Mr. Ford's sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

                              JAMES WYDA
                              Federal Public Defender

Date: April 3, 2008

                              PARESH S. PATEL
                              Staff Attorney
                              Federal Public Defender's Office
                              6411 Ivy Lane, Suite 710
                              Greenbelt, Maryland 20770-1405
                              (301) 344-0600
                              Fax No. (301) 344-0019