# *FILED SEPARATELY SHEET*

Civil Docket No.

Criminal Docket No. WMN-90-0454

## *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion:
- ☐ Sealed
- ☐ Transcript of Proceedings before the Court on
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of taken on
- ☒ Other __ RESPONSE to the Government's Request for an Extension of time to Respond by Federal Public Defender

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO. 1665**